**MEADE INSTRUMENTS CORPORATION,** Plaintiff–Appellant,

v.

**CELESTRON INTERNATIONAL INC.** and Tasco Sales Inc. (doing business as Tasco Worldwide), Defendants–Appellees.

No. 03–1650.

United States Court of Appeals,
Federal Circuit.

Aug. 4, 2004.

Stanley M. Gibson, Principal Attorney, Jeffer, Mangels, Los Angeles, CA, for Defendants–Appellees.

Peter R. Afrasiabi, Principal Attorney, Turner Green, Costa Mesa, CA, for Plaintiff–Appellant.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).